UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO.  5:20-49-KKC-MAS
CIVIL ACTION NO. 5:23-186-KKC-MAS

UNITED STATES,                                                                                      PLAINTIFF,

v.                                                      **ORDER**

JEREMY LAMONT DUNCAN,                                                            DEFENDANT.

**** **** **** ****

This matter is before the Court on the defendant Jeremy Duncan's motion to vacate, set aside, or correct his sentence (DE 115, 118) under 28 U.S.C. § 2255 and the magistrate judge's recommendation that the motion be denied (DE 125).

The defendant was found guilty on five charges: (1) distribution of fentanyl in violation of 21 U.S.C. § 841(a)(1); (2) possession with intent to distribution 40 grams or more of fentanyl in violation of 21 U.S.C. § 841(a)(1); (3) possession of firearms in furtherance of drug trafficking crimes in violation of 18 U.S.C. § 924(c); (4) previously convicted felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1); and (5) previously convicted of the crime of domestic violence in possession of a firearm in violation of 18 U.S.C. § 922(g)(9). The Court sentenced the defendant to 204 months imprisonment followed by a five0year term of supervised release. (DE 98, 105.)

The magistrate judge has entered a recommendation that the defendant's current petition be denied. Upon request, the Court granted Duncan an extension of time to file objections. (DE 127.) However, no objections have been filed and the time to do so has now passed. The Court has reviewed the recommendation and agrees with its analysis.

Accordingly, the Court hereby ORDERS as follows:

1) the Report and Recommendation (DE 125) is ADOPTED as the Court's opinion;

2) Duncan's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 115, 118) is DENIED;

3) a certificate of appealability will not be issued, Duncan having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) a judgment consistent with this order and the Report and Recommendation will be entered.

This 25th day of March, 2024.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY